# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISAN SUSAN ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security<br><br>　　　　Defendant. | NO. CV 19-9642-KS<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for Award of EAJA Fees, IT IS ORDERED that fees and expenses in the amount of $3,575.45, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED: June 24, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KAREN L. STEVENSON
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE